AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Antonio Wheeler,

                                Plaintiff,

        v.

Las Vegas Metropolitan Police
Department, et al.,

                           Defendants.

                         JUDGMENT IN A CIVIL CASE

                         Case Number: 2:22-cv-00124-CDS-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case without prejudice.

5/6/2022
_____
Date

    DEBRA K. KEMPI
_____
Clerk

    /s/ H. Magennis
_____
Deputy Clerk