# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Antonio Wheeler, <br><br>        Plaintiff <br><br> v. <br><br> Las Vegas Metropolitan Police Department, et al., <br><br>        Defendants | Case No. 2:22-cv-00124-CDS-DJA <br><br> **Order Granting Plaintiff's Request for Copies of the Filings in this Case** <br><br> [ECF No. 19] |

    This is a closed 42 U.S.C. § 1983 action that was initiated by pro se plaintiff Antonio Wheeler in January 2022. In January of this year, I denied Wheeler's motion to reopen the case, but granted what I liberally construed as a request for copies of the orders in this action. *See* Order, ECF No. 15. Wheeler has filed a renewed request for copies of filings in this case. Mot., ECF No. 19. The court assumes Wheeler did not receive a copy of the last order granting his request.

    Accordingly, in the interest of justice, Wheeler's motion for copies of the filings in this action **[ECF No. 19] is GRANTED**. The Clerk of Court is hereby directed to send Wheeler electronic courtesy copies of the filings docketed at ECF Nos. 1, 2, 3, 5, 6, 7, 8, 11, 12, and 17 to his listed email address (and as provided on his motion).

    Dated: May 22, 2025

                                                  _____ <br>
                                                  Cristina D. Silva <br>
                                                  United States District Judge